IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

THE BANK OF NEW YORK MELLON TRUST
COMPANY, NATIONAL ASSOCIATION AS
GRANTOR TRUSTEE OF THE PROTIUM
MASTER GRANTOR TRUST

CASE NUMBER:3:11-cv-438

PLAINTIFF

VS.

DISTRICT JUDGE: Michael J. Reagan

MARK E. PERKINS, RITA C. PERKINS,
BRADFORD NATIONAL BANK,

MAGISTRATE JUDGE: Philip M. Frazier

DEFENDANT(S).

## ORDER

THIS CAUSE comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution (Doc. 19), confirming the sale of the premises, which are the subject of the matter captioned above and described as:

THE SOUTH HALF OF LOTS 3 AND 4 AND ALL OF LOTS 5 AND 6 IN BLOCK 6 IN ALLEN & EVANS 2ND ADDITION TO MARINE AS THE SAME APPEARS FROM PLAT THEREOF RECORDED IN THE RECORDER`S OFFICE OF MADISON COUNTY, ILLINOIS IN PLAT BOOK 20 PAGE 20, (EXCEPTING THEREFROM THE COAL, GAS, OIL AND OTHER MINERAL RIGHTS CONVEYED, EXCEPTED OR RESERVED IN PRIOR CONVEYANCES) IN MADISON COUNTY, ILLINOIS.

Commonly known as 208 South Duncan Street, Marine, IL 62061
Property Index No. 06-2-17-21-05-102-037

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That personal service was had against the Borrower Defendant(s), Mark E. Perkins, Rita C. Perkins;

That the real property that is the subject matter of the instant proceeding is a single family residence;

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That Judicial Sales Corporation, hereinafter "Special Commissioner," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

  That justice was done.

IT IS THEREFORE ORDERED:

  That motion for confirmation of sale (Doc. 19) is GRANTED;

  That the sale of the premises involved herein and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified, and confirmed;

  That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

  That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

  That Plaintiff is granted a deficiency judgment in the amount of $65,655.81 against Defendant, Mark E. Perkins, Rita C. Perkins ONLY pursuant to 735 ILCS 5/15-1508(e) and 735 ILCS 5/15-1511;

  735 ILCS 5/9-117 is not applicable in this order entered pursuant to Article 15 (IMFL).

  That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to the successful bidder a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust
1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
877-596-8580

  IT IS FURTHER ORDERED:

  That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court, as provisioned in 735 ILCS 5/15-1701;

  That the Sheriff of Madison County is directed to evict and dispossess Mark E. Perkins, Rita C. Perkins from the premises commonly known as 208 South Duncan Street, Marine, IL 62061.

  The Sheriff cannot evict until 30 days after the entry of this order.

  IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

A copy of this order shall be sent via regular mail to all defendants within 7 days.

**DATED: June 6, 2012**

                                          *s/ Michael J. Reagan*
                                          **MICHAEL J. REAGAN**
                                          **UNITED STATES DISTRICT JUDGE**